# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-06-00627-CV

**Elizabeth Guadian, Appellant**

**v.**

**Texas Department of Family and Protective Services, Appellee**

FROM THE DISTRICT COURT OF TRAVIS COUNTY, 353RD JUDICIAL DISTRICT
NO. D-1-FM-05-003278, HONORABLE PAUL DAVIS, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

This is an accelerated appeal from an order terminating the parental rights of Elizabeth Guadian to her minor children, A.C.G., A.M.G., T.M., J.I.M., and M.M. Guadian's court-appointed attorney filed an *Anders* brief containing a professional evaluation of the record and demonstrating that there are no arguable grounds to be advanced on appeal. *See Anders v. California*, 386 U.S. 738, 744 (1967). Counsel concludes that the appeal is without merit. The brief meets the requirements of *Anders*. *See Taylor v. Texas Dep't of Family & Protective Servs.*, 160 S.W.3d 641, 646-47 (Tex. App.—Austin 2005, no pet.) (applying *Anders* procedure in appeal from termination of parental rights).

A copy of counsel's brief was delivered to Guadian, who was advised of her right to examine the record and to file a pro se brief. No pro se brief has been filed. After reviewing the

record, we have found nothing that would arguably support an appeal, and we agree that the appeal is frivolous and without merit. The judgment of the trial court is therefore affirmed.

_____

Jan P. Patterson, Justice

Before Justices Patterson, Pemberton and Waldrop

Affirmed

Filed:   April 20, 2007